**Order entered November 19, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00073-CV

## IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

Before the Court is Dallas County and the Dallas County Medical Examiner's (collectively, "the County") November 15, 2019 motion for extension of time to file their combined appellee brief and cross-appellant's brief. We **GRANT** the motion and **ORDER** the County's combined appellee brief and cross-appellant's brief be filed no later than December 30, 2019.

/s/     BILL WHITEHILL
        JUSTICE